**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| MID-ATLANTIC ENERGY CONCEPTS, INC., | : | BANKR. NO. 18-14790REF |
| | : | |
| Debtor. | : | |

**STATEMENT THAT UNSECURED CREDITORS**
**COMMITTEE HAS NOT BEEN APPOINTED**

TO:   THE CLERK OF THE BANKRUPTCY COURT

As of the date of this statement, a committee of unsecured creditors has not been appointed by the UNITED STATES TRUSTEE.

(   )   Debtors petition/schedules reflect less than three unsecured creditors, (excluding insiders and governmental agencies).

(   )   Insufficient response to the United States trustee communication/contact for service on the committee.

( X )   No unsecured creditor interest to serve.

(   )   Non-operating debtor-in-possession — No creditor interest.

(   )   Application to convert to Chapter 7 or to dismiss pending.

(   )   Converted or dismissed.

ANDREW R. VARA
Acting United States trustee
Region 3

*/s/  Dave P. Adams*
Dave P. Adams
Trial Attorney

DATED:  August 28, 2018

cc:   Aris Karalis, Esq.

Created 01/23/12